IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES W. FRYE, et al., MONTE COOK Plaintiffs, | : : : : | Consolidated Under MDL DOCKET NO. 875 |
| | : : | CIVIL ACTION |
| v. | : : | NO. 08-81521 |
| 3M, f/k/a/ MINNESOTA MINING & MFG, et al., | : : : | |
| Defendants. | : | |

O R D E R

**AND NOW**, this **19th** day of **December 2008**, it is hereby **ORDERED** that a hearing on Defendants' motion for summary judgment (doc. no. 5) will be held on **Wednesday, January 28, 2009** at **10:00 am** in Courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.